Name: Ramon Molina

Address: 9574 Tarryten Ave

whittier ca 90603

Phone (951) 745-5681

Fax: (443) 380-0544

(562) 20-4571.2

In Pro Per

KingramonmolineATrogalty07andrecan,

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ramon Molina

**Plaintiff**

v.

Jeff Harris

Commerce Casino and Motel

**Defendant(s).**

CASE NUMBER:

**2:26--CV-00517-FWS-RAO**

Civil Right Complaint

( Enter document title in the space provided above)

Around November 1,2,3 I gone In to play $5-3 Tasel Caught a guy cheating next to Dealer And Fosh of a Wght Hit him Coming from the Vent and a Voice from Implent Said what Want your Money Back I belevn Jeff Harris nor ~~Eto~~ Any one else Kows of of both the Implants But Donald J Trump Cvs he pA3 people to act and do and under ther name

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

to hid property & money just in case one day I found out de to all the Presidents on on it as K-K-K and he took down my dad in court in oklahoma Federal case 1993 So his the Leader Face of KKK caught him 2 days ago in LA by Hospital & Spying on me at gas Stion parked & Clicked Save to me I hard & caught him at the parking lot GPS 1-14-26 about 9:55 pm Bet I also knew Jeff H is Donald Trump old lawyer and I caught Jeff H. Spying on me in H. Beach and followed me in to a Motel Hostel Down town Medas center 11-14-25 - 11-24-25 So I'm Suing for Israel & stocking ~~Bo~~ ~~Blu~~ and copyrights of the crown on Casino & Motel t Want all Rights and property and money Back payed Scha open.

Page Number 2

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT